UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                                                          MDL No. 1507

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

A TRUE COPY I CERTIFY
James W. McCormack, Clerk
By: /s/ Tenesha Jones D.C. on
**May 23, 2012**
For the United States District Court
Eastern District of Arkansas

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Arkansas.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: PREMPRO PRODUCTS LIABILITY  
LITIGATION                                                                          MDL No. 1507

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| ARE | 4 | 04−01563 | ALN | 2 | 04−01439 | Schwartz v. Wyeth Inc, et al |
| ARE | 4 | 04−01576 | ALN | 2 | 04−01452 | Campis, et al v. Wyeth Inc, et al |
| ARE | 4 | 04−01610 | ALN | 2 | 04−01497 | Kincaid, et al v. Wyeth Inc, et al |
| ARE | 4 | 04−01642 | ALN | 2 | 04−01534 | Peel, et al v. Wyeth Inc, et al |
| ARE | 4 | 04−01644 | ALN | 2 | 04−01536 | Russell, et al v. Wyeth Inc, et al |
| ARE | 4 | 04−01645 | ALN | 2 | 04−01537 | Ferguson, et al v. Wyeth Inc, et al |
| ARE | 4 | 04−01646 | ALN | 2 | 04−01538 | Riley, et al v. Wyeth Inc, et al |
| ARE | 4 | 04−01710 | ALN | 2 | 04−01622 | Steele v. Wyeth Inc, et al |
| ARE | 4 | 04−01711 | ALN | 2 | 04−01623 | Silvia v. Wyeth Inc, et al |
| ARE | 4 | 04−00614 | CAC | 2 | 04−01920 | Klein v. Wyeth, et al |
| ARE | 4 | 05−00965 | CAC | 2 | 04−07182 | Rosen et al v. Wyeth Pharmaceuticals Inc et al |
| ARE | 4 | 05−00407 | CAC | 2 | 04−08657 | Alper, et al v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 05−00421 | CAC | 2 | 04−08658 | Troutman, et al v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 05−00404 | CAC | 2 | 04−08786 | Steinman v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 05−00398 | CAC | 2 | 04−08789 | Wasser v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 05−00405 | CAC | 2 | 04−08796 | Engel, et al v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 05−00403 | CAC | 2 | 04−08797 | Reinhardt v. Wyeth Pharmaceutical et al |
| ARE | 4 | 05−00399 | CAC | 2 | 04−08799 | McBride, et al v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 05−00414 | CAC | 2 | 04−08800 | Markham, et al v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 05−00408 | CAC | 2 | 04−08805 | Kravitz, et al v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 05−00402 | CAC | 2 | 04−08807 | Shelburne, et al v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 05−00420 | CAC | 2 | 04−08808 | Gratz, et al v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 05−00401 | CAC | 2 | 04−08809 | Ley, et al v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 05−00629 | CAC | 2 | 04−09247 | Podesta, et al v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 05−00827 | CAC | 2 | 05−01064 | Wilcox, et al v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 05−00840 | CAC | 2 | 05−01066 | Martin, et al v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 05−00838 | CAC | 2 | 05−01073 | Camp v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 05−00606 | CAE | 1 | 04−06052 | Balter, et al v. Wyeth, et al |
| ARE | 4 | 04−01052 | CAN | 5 | 04−02864 | Charnofsky v. Wyeth LLC et al |
| ARE | 4 | 06−00385 | CT | 3 | 05−01836 | Laura J. Lawrence v. Wyeth, Inc., et al. |
| ARE | 4 | 06−00719 | FLM | 5 | 06−00110 | Theresa Ann Saylor, et al. v. Wyeth, et al. |
| ARE | 4 | 05−00687 | GAS | 1 | 05−00014 | Schlein, et al v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 05−01095 | LAW | 6 | 05−00586 | Angers v. Wyeth Inc et al |
| ARE | 4 | 05−00637 | MA | 1 | 04−12247 | Urquiza v. Wyeth, et al |
| ARE | 4 | 05−00631 | MA | 1 | 04−12423 | Lowndes v. Wyeth, et al |
| ARE | 4 | 05−00686 | MA | 1 | 05−10144 | Skerry v. Wyeth Inc, et al |

| | | | | | |
|---|---|---|---|---|---|
| ARE | 4 | 06−00130 | ME | 2 | 05−00194 | Bauer v. Wyeth et al |
| ARE | 4 | 05−01127 | MIW | 1 | 05−00037 | Carroll v. Wyeth et al |
| ARE | 4 | 04−00756 | MN | 0 | 04−02072 | Prigge v. Wyeth Inc, et al |
| ARE | 4 | 04−00925 | MN | 0 | 04−03074 | Brinkley v. Wyeth Inc, et al |
| ARE | 4 | 05−00389 | MN | 0 | 04−03967 | Dargis et al v. Wyeth LLC et al |
| ARE | 4 | 05−00607 | MN | 0 | 05−00268 | Williamson v. Wyeth, et al |
| ARE | 4 | 05−00743 | MN | 0 | 05−00527 | Pierson v. Wyeth, et al |
| ARE | 4 | 05−00829 | MN | 0 | 05−00603 | Ambrose et al v. Wyeth LLC et al |
| ARE | 4 | 05−01571 | MN | 0 | 05−00943 | Macht v. Wyeth et al |
| ARE | 4 | 05−01233 | MN | 0 | 05−01305 | Downey v. Wyeth et al |
| ARE | 4 | 05−01591 | MN | 0 | 05−01307 | Gruetzmacher v. Wyeth et al |
| ARE | 4 | 05−01565 | MN | 0 | 05−01309 | Schulter v. Wyeth et al |
| ARE | 4 | 05−01728 | MN | 0 | 05−01975 | Lankford et al v. Wyeth et al |
| ARE | 4 | 06−00393 | MN | 0 | 05−02360 | Hannibal et al v. Wyeth et al |
| ARE | 4 | 06−00638 | MN | 0 | 06−01184 | Karnbad v. Wyeth Inc |
| ARE | 4 | 05−01710 | MOE | 4 | 05−00607 | Bryan et al v. Wyeth et al |
| ARE | 4 | 05−01886 | MOE | 4 | 05−01101 | Fenner v. Wyeth LLC et al |
| ARE | 4 | 06−00444 | MOE | 4 | 05−01561 | Hensley et al v. Wyeth et al |
| ARE | 4 | 06−01148 | MOE | 4 | 06−00272 | Robert Henry Devalk, etc. v. Wyeth, et al. |
| ARE | 4 | 06−01187 | MOE | 4 | 06−00275 | Donna M. Clark, et al. v. Wyeth, et al. |
| ARE | 4 | 06−01190 | MOE | 4 | 06−00278 | Benjamin R. Wright, Jr., et al. v. Wyeth, et al. |
| ARE | 4 | 06−01197 | MOE | 4 | 06−00288 | Carol S. Buchanan, et al. v. Wyeth, et al. |
| ARE | 4 | 06−01198 | MOE | 4 | 06−00289 | Ganzy et al v. Wyeth et al |
| ARE | 4 | 05−01683 | MOW | 4 | 05−00748 | Carnesecca et al v. Wyeth Inc et al |
| ARE | 4 | 04−01388 | MSS | 1 | 04−00707 | Stedman v. Wyeth, et al |
| ARE | 4 | 05−01535 | MSS | 1 | 05−00329 | Trevino v. Wyeth Inc et al |
| ARE | 4 | 05−00825 | MSS | 2 | 05−00074 | Blanton, et al v. Wyeth, et al |
| ARE | 4 | 05−00656 | MSS | 3 | 05−00113 | Clemons v. Wyeth Inc, et al |
| ARE | 4 | 06−00008 | MSS | 3 | 05−00616 | King v. Wyeth et al |
| ARE | 4 | 05−01350 | MT | 1 | 05−00088 | Sheckleton et al v. Wyeth Inc et al |
| ARE | 4 | 05−01285 | NCE | 7 | 05−00122 | West v. Wyeth Inc et al |
| ARE | 4 | 05−00052 | NE | 8 | 04−00537 | Swanson, et al v. Wyeth Inc, et al |
| ARE | 4 | 05−01873 | NE | 8 | 05−00465 | Virka et al v. Wyeth Inc et al |
| ARE | 4 | 05−01079 | NYN | 5 | 05−00311 | Ciereck et al v. Wyeth Inc et al |
| ARE | 4 | 05−00814 | NYW | 1 | 05−00169 | Kiener, et al v. Wyeth, et al |
| ARE | 4 | 04−00888 | OHN | 4 | 04−00969 | Wieland v. Wyeth Inc, et al |
| ARE | 4 | 04−00901 | OHS | 1 | 04−00343 | Ross, et al v. Wyeth Inc, et al |
| ARE | 4 | 05−00767 | OKW | 5 | 05−00194 | Bennatt v. Wyeth |
| ARE | 4 | 06−00214 | PR | 3 | 05−01822 | Serpa−Torres et al v. Wyeth |
| ARE | 4 | 06−00742 | RI | 1 | 06−00144 | DeCunto et al v. Wyeth Inc et al |
| ARE | 4 | 05−01480 | SC | 2 | 05−01969 | Ison et al v. Wyeth Inc et al |
| ~~ARE~~ | ~~4~~ | ~~10−00128~~ | ~~TXE~~ | ~~6~~ | ~~09−00571~~ | ~~Whatley, et al. v. Wyeth, et al.~~ Vacated 5/16/12 |
| ARE | 4 | 04−01535 | TXS | 2 | 04−00479 | Boren v. Wyeth LLC et al |
| ARE | 4 | 04−00981 | TXS | 3 | 03−00935 | Cherry, et al v. Wyeth Inc, et al |
| ARE | 4 | 06−00084 | VT | 2 | 05−00234 | Volpini v. Wyeth et al |
| ARE | 4 | 06−00085 | VT | 2 | 05−00235 | Sussman v. Wyeth et al |
| ARE | 4 | 06−00086 | VT | 2 | 05−00236 | Eldred v. Wyeth et al |
| ARE | 4 | 06−00022 | WAW | 2 | 05−01592 | Gelstin v. Wyeth et al |
| ARE | 4 | 05−01711 | WIE | 1 | 05−00863 | Mayville et al v. Wyeth Inc et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| ARE | 4 | 04−01533 | WIE | 2 | 04−00762 | Geisler v. Wyeth LLC et al |
| ARE | 4 | 05−01557 | WIE | 2 | 05−00725 | Fellenz et al v. Wyeth Inc et al |
| ARE | 4 | 05−01556 | WIE | 2 | 05−00726 | Leeb v. Wyeth Inc et al |
| ARE | 4 | 05−01536 | WIE | 2 | 05−00728 | Witkowski et al v. Wyeth Inc et al |
| ARE | 4 | 05−01580 | WIW | 3 | 05−00395 | Erdman et al v. Wyeth Inc et al |
| ARE | 4 | 05−01579 | WIW | 3 | 05−00396 | Rasmussen et al v. Wyeth Inc et al |
| ARE | 4 | 05−01913 | WVS | 2 | 05−00547 | Toler et al v. Wyeth et al |

* − denotes that the civil action has been severed.