# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

SHARLENE BALTER,

        Plaintiff,

v.                                                1:04-cv-06052 JRG

WYETH (k/n/a WYETH LLC), et al.,

        Defendants.

## SCHEDULING ORDER

The court has considered the parties' Joint Proposed Schedule of Trial & Pre-Trial Deadlines. It is **ORDERED** that this case shall proceed as follows:

| Event | Date |
|---|---|
| Fact Discovery Deadline | December 3, 2012 |
| Disclosure of Plaintiffs' Expert Reports | December 7, 2012 |
| Disclosure of Defendants' Expert Reports | January 7, 2013 |
| Expert Discovery Deadlines and Deadline for Discovery Relating to Sales Representatives (*all other fact discovery is to be completed by the fact discovery deadline*) | February 1, 2013 |
| Dispositive/*Daubert* Motions | February 8, 2013 |
| All Other Motions, including Motions *in limine* | February 22, 2013 |
| Settlement Conference Cut-Off | March 18, 2013 |
| Joint Proposed Jury Questionnaire Due to Court and Affirmative Prior Testimony Designations to be Exchanged | March 21, 2013 |

| | |
|---|---|
| Joint Pre-Trial Order Due | March 21, 2013 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | March 27, 2013 |
| Final Pre-Trial Video Conference | March 28, 2013 at 2:00 p.m. Eastern |
| Trial | April 3, 2013, 8:30 a.m. Pacific |

The court **DIRECTS** the Clerk to send a copy of this Scheduling Order to counsel of record and any unrepresented party.

ENTER: October 9, 2012

_____
Joseph R. Goodwin, Chief Judge