IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHARLENE BALTER,

          Plaintiff,

v.                                                                    1:04-cv-06052 JRG

WYETH (k/n/a WYETH LLC), et al.,

          Defendants.

## ORDER

In light of the Plaintiff's Notice of Voluntary Dismissal, filed March 18, 2013 [Docket 42] it is **ORDERED** that this case is dismissed with prejudice.   It is further **ORDERED** that the case is closed and removed from the Clerk's administrative docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   March 17, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE